IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

IN RE: )
)
MAHESH YAGNIK ) Case No. 09-32910
) (Chapter 13)
)

## DEBTOR'S MOTION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CHAPTER 13 BANKRUPTCY FILING

Without waiving any rights, remedies or defenses, whereas, MAHESH K. YAGNIK, grantor/settler[1] of the expressed, revocable trust filed, now coming as the beneficiary in the above named action files Voluntary Motion to Dismiss, Without Prejudice, his Chapter 13 bankruptcy filing, stating the facts of the case are as follows:

A. Chronology of Activity for the bankruptcy hearing in his case.

1. Bankruptcy Hearing was scheduled on 2/9/10 for claims presented by Chase Home Finance LLC and Dovenmuehle Mortgage /Matrix Financial services.

2. Greenbelt, MD had a very heavy SNOW STORM just prior to this hearing date, and neighborhood roads were not cleared sufficiently for Debtor to navigate to the Bankruptcy Court.

3. Debtor, therefore, made every attempt to reschedule the bankruptcy hearing by sending copies of said MOTION TO RESCHEDULE on 2/8/10 to

    a. Clerk of the Court Mark Sammons (email)
    b. Susan Kirkland Court room assistance to Judge Mannes (email)
    c. Email & Mailed to Trustee Nancy Spencer Grigsby
    d. First class mail to The Bankruptcy Court in Greenbelt, MD

4. Debtor went to the Bankruptcy Court on 2/19/2010, and filed the "DECLARATION OF INSTRUCTION" to Trustee, and while talking with the

---

[1] "Unlawful or illegal purpose in construing trusts: for unlawful purposes should not be imputed to the settlor for the purposes for which trust may be created, (Hawthorne vs. Smith) " the intent of or purposes of the settler of the truth is the law of the trust (Edmonton vs. the First National Bank of Birmingham.)"

intake clerk, he was told that the Court was closed the entire previous week, due to snow.

5. The Trustee filed an OBJECTION to Confirmation of Debtor's Chapter 13 plan on 2/4/2010, without giving sufficient time to Debtor to respond. In addition, Debtor believes that the claims that the Trustee has made in her OBJECTION, are incorrect. The Trustee, at the creditors meeting, told Debtor that she would provide Debtor with notice of any deficiency, and also would give Debtor sufficient time to prepare and submit any of the documents she needed. However, TRUSTEE FAILED TO DO THIS.

6. Last date to file Claims is 04/08/2010/(05/24/2010 for govt.). The PLAN cannot be constructively made final until all Claims are in and are genuine and validated.

7. Debtor used his access to PACER to determine the status of the case, and discovered that the bankruptcy hearing was reported to have been held on 2/9/2010. Was this hearing held on a date when, in fact, the court was reportedly closed because of the inclement weather?

8. Therefore, Debtor believes that the ALL ORDERs entered on or after February 9, are a rush to judgment, which did not allow for Debtor to be present, nor to enter any testimony, nor to have the opportunity to represent any other facts in his case. Consequently, Debtor believes that he was denied DUE PROCESS OF LAW.

B. In any case, the ORDER entered by Honorable Judge Paul Mannes on February 9th 2010, states that the Debtor needs to take action within 14 days (until February 23rd 2010) to either convert to another chapter, voluntarily withdraw or allow the court to dismiss. Therefore, considering that the Debtor believes that he was not allowed due process of law, he chooses at this time to withdraw voluntarily from this Chapter 13 bankruptcy today, February 22nd 2010.

Respectfully submitted,

*[signature]*

Mahesh Yagnik,

Authorized Representative

10303 BALSAMWOOD CT.

LAUREL, MD 20708

# CERTIFICATE OF SERVICE

I hereby certify and affirm that I served copies of the foregoing pleading via first class mail, postage paid/email to Nancy Grigsby, Trustee, 4201 Mitchellville Rd., Suite 401, Bowie, MD 20716 and all Creditors on February 22, 2010.

| | |
|---|---|
| Ach<br>P O BOX 0128<br>Glen Burnie, MD 21060-0128 | G E money/walmart<br>P O BOX 981064<br>El Paso, tx 79998-1064 |
| Chase Home Finance LlC<br>3415 vision Drive<br>Columbus, OH 43219 | Matrix Financial Services Corporation (F&M)<br>C/O Michael T. Cantrell<br>210 E. Redwood Street #400<br>Baltimore, Maryland 21202 |
| Chase Home Finance, LLC s/b/m to Chase Manhattan M<br>C/O Michael T. Cantrell<br>210 E. Redwood Street #400<br>Baltimore, Maryland 21202 | matrix House Physicians<br>P. 0. BOX 17301<br>Baltimore, MD 21297-1301 |
| Clinical Laboratory ASSOC<br>P 0 BOX 1147<br>Laurel, MD 20725-1147 | Merrick Bank<br>c/o Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Pasadena Receivables, Inc.<br>c/o Peroutka & Peroutka<br>8028 Ritchie Highway<br>Ste 300<br>Pasadena, MD 21122 |
| Doctors Community Hospital<br>P 0 Box 630824<br>Baltimore, MD 21263 | Patient ACcount<br>804 SCOtt Nixon memorial Dr.<br>AUgUSta, GA 30907 |
| Doctors Emergency Physicians<br>P. 0. BOX 17013<br>Baltimore, MD 21297-1013 | Peroutka & Peroutka<br>8028 Ritchie Hwy, Suite 300<br>Pasadena, MD 21122 |
| Dovenmuehle Mortgage (F&M)<br>C/O Michael T. Cantrell<br>210 E. Redwood Street #400<br>Baltimore, Maryland 21202 | Prince George's County<br>Treasurer Division<br>Room 1090<br>Upper Marlboro, MD 20772 |
| Dovenmuehle mortgage Inc<br>1 Corporate Center, Suite 360<br>Lake Zurich, IL 60047 | Windsor Green HOA<br>c/o CVI<br>6300 Woodside Court Suite 10<br>Columbia, MD 21046-3212 |
| Southern Maryland Anesthesia Assoc., LLC<br>c/o Medac, Inc.<br>804 Scott Nixon Memorial Drive<br>Augusta, GA 30907 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201 |
| walmart<br>P 0 Box 530927<br>Atlanta, GA 30353-0927 | |

_____

Mahesh Yagnik

Authorized Representative